UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH   DIVISION

MERCHANT IVORY PRODUCTIONS )
(USA), INC., et al., )
 )
    Plaintiffs, )
 )
v. )   Case No.  CV414-240
 )
JOHN GILBERT DONALDSON, JR. )
a/k/a GIL DONALDSON, )
 )
    Defendant. )

## ORDER

The Court having reviewed and considered the petition of Stephen H. Nakamura of the law firm of Merle, Brown & Nakamura, P.C., 90 Broad Street, Suite 2201, New York, New York 10004, for permission to appear pro hac vice on behalf of plaintiffs Merchant Ivory Productions (USA), Inc., et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Stephen H. Nakamura as counsel of record for plaintiffs Merchant Ivory Productions (USA), Inc., et al., in this case.

**SO ORDERED** this   11th   day of November, 2014.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA